

# NUMBER 13-10-00631-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LUIS ANGEL OLVERA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

### On appeal from the 156th District Court of Live Oak County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Luis Angel Olvera, by and through his attorney, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.   Appellant counsel's motion to withdraw, previously carried with the case, is GRANTED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of July, 2011.